**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:  In re X. A., Relator

Appellate case number:  01-19-00227-CV

Trial court case number:  2015-05966J

Trial court:  314th District Court of Harris County

On March 30, 2019, relator, X. A., submitted a petition for writ of mandamus, which was not deemed filed until Monday, April 1, 2019, and then assigned to this Court. *See* TEX. R. APP. P. 9.2(c)(4)(A). The petition seeks to vacate the respondent trial judge's March 26, 2019 order denying relator's "Motion to Dismiss for Lack of Jurisdiction and Objections to Proceedings," to vacate the October 25, 2017 Nunc Pro Tunc Judgment, and to dismiss the State's petition to modify disposition in this juvenile delinquency case. Relator has attached an appendix, including the March 25, 2019 hearing on the relator's motion to dismiss, and a Rule 52.3(j) record certification with the petition. *See* TEX. R. APP. P. 52.3(j), 52.7(a)(2).

With the petition, relator also filed a motion for temporary relief, on April 1, 2019, seeking a stay of all proceedings, including the hearing set for April 1, 2019 at 9:00 am on the State's petition to modify disposition, pending disposition of this petition, with the required certificate of compliance. *See* TEX. R. APP. P. 9.2(c)(4)(A), 52.10(a). The Court **denies** the relator's motion for temporary relief.

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 10 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley_____

☒ Acting individually    ☐ Acting for the Court

Date: __April 1, 2019_____